# United States District Court
# Northern District of Texas

## Supplemental Civil Cover Sheet For Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office.  Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | **Court** | **Case Number** |
   |---|---|
   | District Court, 30th Judicial District, Wichita County, Texas | 180,958-A |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type.  Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | **Party and Party Type** | **Attorney(s)** |
   |---|---|
   | Newco Enterprises, LLC (Plaintiff/Counter-Defendant) | Joseph Collins, Jr., #04625500<br>Anthony Barbieri, #2405235<br>Kessler Collins, P.C.<br>2100 Ross Avenue<br>Suite 750<br>Dallas, Texas 75201<br>T: (214) 379-0722<br>F: (214) 373-4714<br><br>Don Ross Malone, #12873500<br>Malone Law Firm<br>P.O. Box 953<br>1901 Lamar St.<br>Vernon, Texas 76385<br>T: (940) 552-9946<br>F: (940) 552-4714 |

**Supplemental Civil Cover Sheet**
**Page 2**

| | |
|---|---|
| Super Heaters North Dakota, LLC (Defendant/Counter-Claimant); Super Heaters, LLC (Third-Party Plaintiff); Heat On-The-Fly, LLC (Third-Party Plaintiff) | Justin H. Jenkins, #24051866 Winthrop & Weinstine, P.A. 225 South Sixth Street Suite 3500 Minneapolis, MN 55402 T: (612) 604-6411 F: (612) 604-6891 |
| Ronald Chandler | Counsel currently unknown |

3. **Jury Demand:**

   Was a Jury Demand made in State Court? ☒ Yes ☐ No

   If "*Yes*," by which party and on what date?

   Newco Enterprises, LLC            6/24/2014
   Party                              Date

4. **Answer:**

   Was an Answer made in State Court? ☒ Yes ☐ No

   If "*Yes*," by which party and on what date?

   Super Heaters North Dakota, LLC    7/18/2014
   Party                              Date

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | **Party** | **Reason(s) for No Service** |
   |---|---|
   | Ronald Chandler | Unable to Reach |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | **Party** | **Reason** |
   |---|---|
   | None | |

**Supplemental Civil Cover Sheet**
**Page 3**

7. **Claims of the Parties:**

    The filing party submits the following summary of the remaining claims of each party in this litigation:

    | Party | Claims |
    |---|---|
    | Newco Enterprises, LLC | Breach of Contract |
    | Super Heaters North Dakota, LLC; Super Heaters, LLC; Heat On-The-Fly | Breach of contract, correction of patent inventorship, patent infringement |

9322259v1