Exhibit A

CAUSE NO. 180,958-A

| | | |
|---|---|---|
| NEWCO ENTERPRISES, LLC | § | IN THE DISTRICT COURT |
| Plaintiff/Counter-Defendant | § | |
| v. | § | WICHITA COUNTY, TEXAS |
| SUPER HEATERS NORTH DAKOTA, LLC | § | |
| Defendant/Counter-Claimant | § | |
| | § | 30TH JUDICIAL DISTRICT |
| SUPER HEATERS, LLC, and HEAT ON-THE-FLY, LLC | § | |
| Third-Party Plaintiffs | § | |
| v. | § | |
| RONALD CHANDLER | § | |
| Third-Party Defendant | § | |

## NOTICE OF FILING NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THIS COURT:

PLEASE TAKE NOTICE that a Notice of Removal has been filed by Defendant/Counter-Claimant Super Heaters North Dakota, LLC and Third-Party Plaintiffs Super Heaters, LLC and Heat On-The-Fly, LLC from the District Court for the 30th Judicial District, Wichita County, Texas, to the United States District Court for the Northern District of Texas. The removal was accomplished pursuant to 28 U.S.C. §§ 1446 and 1454. A copy of the Notice of Removal filed with the United States District Court for the Northern District of Texas is attached hereto as Exhibit 1.

Pursuant to 28 U.S.C. §1446(d), the filing of the Notice of Removal in the United States District Court, together with the filing of this Notice of Filing Notice of Removal in this Court, effects the removal of this action, such that this Court shall proceed no further unless and until this case is remanded.

Dated: July 25, 2014         WINTHROP & WEINSTINE, P.A.

            By: s/Justin H. Jenkins
              Justin H. Jenkins
              Texas Bar No. 24051866
              225 South Sixth Street
              Suite 3500
              Minneapolis, Minnesota 55402
              jjenkins@winthrop.com
              T: (612) 604-6411
              F: (612) 604-6891

              Attorneys for Defendant, Counterclaimant and Third-Party Plaintiffs

## CERTIFICATE OF SERVICE

Defendant certifies that the foregoing document was served on all parties of record in accordance with Rule 21 of the Texas Rules of Civil Procedure on July 25, 2014 as follows:

*Via Facsimile 214-373-4714*
Joseph Collins, Jr. and Anthony Barbieri
Kessler Collins, P.C.
2100 Ross Avenue
Suite 750
Dallas, Texas 75201

*Via Facsimile 940-552-9925*
Don Ross Malone
Malone Law Firm
P.O. Box 953
1901 Lamar St.
Vernon, Texas 76385

By: s/Justin H. Jenkins
Justin H. Jenkins

9315728v1