Exhibit B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
Wichita Falls Division

| | |
|---|---|
| NEWCO ENTERPRISES, LLC </br></br>Plaintiff/Counter-Defendant </br></br>v. </br></br>SUPER HEATERS NORTH DAKOTA, LLC </br></br>Defendant/Counter-Claimant </br></br>SUPER HEATERS, LLC, and HEAT ON-THE FLY, LLC </br></br>Third-Party Plaintiffs </br>v. </br></br>RONALD CHANDLER, </br></br>Third-Party Defendant | No.: _____ |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Defendant/Counter-Claimant Super Heaters North Dakota, LLC ("SHND") and Third-Party Plaintiffs Super Heaters, LLC ("SH") and Heat On-The-Fly, LLC ("Heat On-The-Fly") provides the following information:

The nongovernmental corporate parties Super Heaters North Dakota, LLC, Super Heaters, LLC, and Heat On-The-Fly LLC in the above listed civil action are each wholly-

owned subsidiaries of Phoenix Consolidated Oilfield Services, LLC, which, in turn, is wholly owned by Phoenix Services, LLC. Phoenix Services, LLC is owned by approximately 20 different individuals and an entity known as Quantum Energy Partners.

Dated: July 25, 2014

          **WINTHROP & WEINSTINE, P.A.**

          By: s/Justin H. Jenkins
              Justin H. Jenkins
              Texas Bar No. 24051866
          225 South Sixth Street, Suite 3500
          Minneapolis, Minnesota 55402
          Tel:   (612) 604-6400
          Fax:  (612) 604-6800

          *Attorneys for Defendant/Counter-Claimant*
          *and Third-Party Plaintiffs*

9321656v1