Exhibit C

WICHITA COUNTY CIVIL CASE SUMMARY - PLEADINGS ONLY
CAUSE # 180,958-A

```
NEWCO ENTERPRISES, LLC              ATTORNEY: COLLINS, JOSEPH O
                                              2100 ROSS AVENUE, SUITE 750
                                              DALLAS, TX 75201
                                              (214)379-0722

                --VS.--

SUPER HEATERS NORTH DAKOTA LLC      ATTORNEY: JENKINS, JUSTIN H
                                              225 SOUTH SIXTH ST
                                              MINNEAPOLIS, MINNESOTA 5540
                                              (612)604-6411
```

CAUSE OF ACTION: DIST DEBT
FILE DATE: 06/23/2014

| DATE | REMARKS | NATURE OF PROCEEDINGS | AMOUNT | USER |
|------|---------|----------------------|--------|------|
| 06/20/2014 | | DIST CONSUMER/COMMERCIAL DEBT | $267.00 | FFIN |
| 06/23/2014 | 366164 | RECEIPT ISSUED | $267.00 | LGUT |
| 06/20/2014 | | CIVIL INFORMATION SHEET | | FFIN |
| 06/24/2014 | | CERTIFIED COPIES | $7.00 | LGUT |
| 06/24/2014 | 366228 | RECEIPT ISSUED | $7.00 | LGUT |
| 06/24/2014 | PAID BY RCPT # 366228 | DEPOSITORY ACCOUNT PAYMENT | $92.00 | LGUT |
| 06/25/2014 | | FIRST AMENDED PETITION | | FFIN |
| 06/25/2014 | DIST.CLK | CITATION/CERT. MAIL | $17.00 | FFIN |
| 06/25/2014 | 366296 ($17.00 DEPOSITORY ACCT MONEY USED) | RECEIPT ISSUED | $17.00 | FFIN |
| 07/01/2014 | CIT | CLERK RETURN | $75.00 | FFIN |
| 07/01/2014 | 366473 ($75.00 DEPOSITORY ACCT MONEY USED) | RECEIPT ISSUED | $75.00 | FFIN |
| 07/18/2014 | | CROSS-ACTION | $65.00 | BSHE |
| 07/18/2014 | 367133 | RECEIPT ISSUED | $0.00 | BSHE |
| 07/18/2014 | PAID BY RCPT # 367133 | DEPOSITORY ACCOUNT PAYMENT | $73.00 | BSHE |
| 07/18/2014 | 367134 ($65.00 DEPOSITORY ACCT MONEY USED) | RECEIPT ISSUED | $65.00 | BSHE |

```
                WICHITA COUNTY CIVIL CASE SUMMARY - PLEADINGS ONLY
                            CAUSE # 180,958-A
================================================================================

CAUSE OF ACTION: DIST DEBT
FILE DATE: 06/23/2014

================================================================================
DATE              NATURE OF PROCEEDINGS                       AMOUNT    USER
                  REMARKS
================================================================================

07/18/2014              ANSWER                                            FFIN
            BCM ENERGY PARTNERS LLC

07/24/2014              CITATION AND COPY                     $8.00      FFIN
            ATTY

07/24/2014              RECEIPT ISSUED                        $8.00      FFIN
            367360 ($8.00 DEPOSITORY ACCT MONEY USED)

TOTAL PLEADINGS LISTED: 18
```