Exhibit D

**INDEX OF ALL DOCUMENTS FILED IN STATE COURT AS REQUIRED BY LR 81.1(A)(4)(A)**

| Document | Date Filed | Exhibit Label |
|---|---|---|
| Plaintiff's Original Petition & Request for Disclosure | 6/20/2014 | Exhibit D-1 |
| Civil Case Information Sheet | 6/20/2014 | Exhibit D-2 |
| Plaintiff's First Amended Original Petition & Request for Disclosure | 6/24/2014 | Exhibit D-3 |
| Citation for Personal Service | 6/25/2014 | Exhibit D-4 |
| Return Receipt | 7/1/2014 | Exhibit D-5 |
| Original Answer of Super Heaters North Dakota, LLC | 7/18/2014 | Exhibit D-6 |
| Original Counterclaim and Third-Party Petition | 7/18/2014 | Exhibit D-7 |

9324312v1