Exhibit D-2

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* 180,958-A    COURT *(FOR CLERK USE ONLY):* 30th

STYLED NEWCO ENTERPRISES, LLC VS. SUPER HEATERS NORTH DAKOTA, LLC
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

### 1. Contact information for person completing case information sheet:

Name: JOSEPH O. COLLINS, JR.
Email: joc@kesslercollins.com
Address: 2100 Ross Avenue, #750
Telephone: 214.379.0722
City/State/Zip: Dallas, Texas 75201
Fax: 214.373.4714
Signature: Joseph O. Collins Jr.
State Bar No: 4625500

### Names of parties in case:

Plaintiff(s)/Petitioner(s): NEWCO ENTERPRISES, LLC

Defendant(s)/Respondent(s): SUPER HEATERS NORTH DAKOTA, LLC

[Attach additional page as necessary to list all parties]

### Person or entity completing sheet is:
[X] Attorney for Plaintiff/Petitioner
[ ] Pro Se Plaintiff/Petitioner
[ ] Title IV-D Agency
[ ] Other:

Additional Parties in Child Support Case:
Custodial Parent:
Non-Custodial Parent:
Presumed Father:

### 2. Indicate case type, or identify the most important issue in the case (select only 1):

**Civil**

**Contract**
Debt/Contract
 [ ] Consumer/DTPA
 [X] Debt/Contract
 [ ] Fraud/Misrepresentation
 [ ] Other Debt/Contract:

Foreclosure
 [ ] Home Equity—Expedited
 [ ] Other Foreclosure
[ ] Franchise
[ ] Insurance
[ ] Landlord/Tenant
[ ] Non-Competition
[ ] Partnership
[ ] Other Contract:

**Injury or Damage**
[ ] Assault/Battery
[ ] Construction
[ ] Defamation
Malpractice
 [ ] Accounting
 [ ] Legal
 [ ] Medical
 [ ] Other Professional Liability:
[ ] Motor Vehicle Accident
[ ] Premises
Product Liability
 [ ] Asbestos/Silica
 [ ] Other Product Liability
 List Product:
[ ] Other Injury or Damage:

**Real Property**
[ ] Eminent Domain/Condemnation
[ ] Partition
[ ] Quiet Title
[ ] Trespass to Try Title
[ ] Other Property:

**Related to Criminal Matters**
[ ] Expunction
[ ] Judgment Nisi
[ ] Non-Disclosure
[ ] Seizure/Forfeiture
[ ] Writ of Habeas Corpus—Pre-indictment
[ ] Other:

**Employment**
[ ] Discrimination
[ ] Retaliation
[ ] Termination
[ ] Workers' Compensation
[ ] Other Employment:

**Other Civil**
[ ] Administrative Appeal
[ ] Antitrust/Unfair Competition
[ ] Code Violations
[ ] Foreign Judgment
[ ] Intellectual Property
[ ] Lawyer Discipline
[ ] Perpetuate Testimony
[ ] Securities/Stock
[ ] Tortious Interference
[ ] Other:

**Family Law**

**Marriage Relationship**
[ ] Annulment
[ ] Declare Marriage Void
Divorce
 [ ] With Children
 [ ] No Children

**Other Family Law**
[ ] Enforce Foreign Judgment
[ ] Habeas Corpus
[ ] Name Change
[ ] Protective Order
[ ] Removal of Disabilities of Minority
[ ] Other:

**Post-judgment Actions (non-Title IV-D)**
[ ] Enforcement
[ ] Modification—Custody
[ ] Modification—Other

**Title IV-D**
[ ] Enforcement/Modification
[ ] Paternity
[ ] Reciprocals (UIFSA)
[ ] Support Order

**Parent-Child Relationship**
[ ] Adoption/Adoption with Termination
[ ] Child Protection
[ ] Child Support
[ ] Custody or Visitation
[ ] Gestational Parenting
[ ] Grandparent Access
[ ] Parentage/Paternity
[ ] Termination of Parental Rights
[ ] Other Parent-Child:

**Tax**
[ ] Tax Appraisal
[ ] Tax Delinquency
[ ] Other Tax

**Probate & Mental Health**
Probate/Wills/Intestate Administration
 [ ] Dependent Administration
 [ ] Independent Administration
 [ ] Other Estate Proceedings
[ ] Guardianship—Adult
[ ] Guardianship—Minor
[ ] Mental Health
[ ] Other:

### 3. Indicate procedure or remedy, if applicable (may select more than 1):
[ ] Appeal from Municipal or Justice Court
[ ] Arbitration-related
[ ] Attachment
[ ] Bill of Review
[ ] Certiorari
[ ] Class Action
[ ] Declaratory Judgment
[ ] Garnishment
[ ] Interpleader
[ ] License
[ ] Mandamus
[ ] Post-judgment
[ ] Prejudgment Remedy
[ ] Protective Order
[ ] Receiver
[ ] Sequestration
[ ] Temporary Restraining Order/Injunction
[ ] Turnover

### 4. Indicate damages sought (do not select if it is a family law case):
[ ] Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
[ ] Less than $100,000 and non-monetary relief
[ ] Over $100,000 but not more than $200,000
[ ] Over $200,000 but not more than $1,000,000
[ ] Over $1,000,000

Rev 2/13